AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAMES CECCHINI and ALBERT OPPEDISANO <br><br> *Plaintiff(s)* <br> v. <br> CETERA FINANCIAL GROUP, INC., FIRST ALLIED HOLDINGS, INC., LEGEND GROUP HOLDINGS, LLC., NCO INVESTMENT CAPITAL HOLDINGS, LLC., ADAM ANTONIADES, and EDWARD FORST, JR. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 19-cv-80215-KAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CETERA FINANCIAL GROUP, INC.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAMES CECCHINI and ALBERT OPPEDISANO<br><br>*Plaintiff(s)*<br>v.<br>CETERA FINANCIAL GROUP, INC., FIRST ALLIED HOLDINGS, INC., LEGEND GROUP HOLDINGS, LLC., LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC., ADAM ANTONIADES, and EDWARD FORST, JR.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-cv-80215-KAM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FIRST ALLIED HOLDINGS, INC.
c/o Corporation Service Company Which
Will Do Business in California as CSC (C1592199)
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA  35833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 13, 2019

Angela E. Noble
Clerk of Court

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JAMES CECCHINI and<br>ALBERT OPPEDISANO<br><br>*Plaintiff(s)*<br>v.<br>CETERA FINANCIAL GROUP, INC., FIRST ALLIED HOLDINGS, INC., LEGEND GROUP HOLDINGS, LLC., LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC., ADAM ANTONIADES, and EDWARD FORST, JR.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 19-cv-80215-KAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEGEND GROUP HOLDINGS, LLC.
c/o Business Filings Incorporated
108 West 13th St.
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES CECCHINI and<br>ALBERT OPPEDISANO<br><br>*Plaintiff(s)*<br>v.<br>CETERA FINANCIAL GROUP, INC.; FIRST ALLIED HOLDINGS,<br>INC.; LEGEND GROUP HOLDINGS, LLC.;<br>LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC; ADAM<br>ANTONIADES, and<br>EDWARD FORST, JR.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 19-cv-80215-KAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC
c/o Business Filings Incorporated
108 West 13th St.
Wilmington, DE  19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JAMES CECCHINI and<br>ALBERT OPPEDISANO<br><br>*Plaintiff(s)*<br>v.<br>CETERA FINANCIAL GROUP, INC., FIRST ALLIED HOLDINGS, INC., LEGEND GROUP HOLDINGS, LLC., LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC., ADAM ANTONIADES, and EDWARD FORST, JR.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 19-cv-80215-KAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADAM ANTONIADES
CRD#: 2261744
CETERA ADVISORS LLC
655 W BROADWAY 12TH FL
SAN DIEGO, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JAMES CECCHIN and ALBERT OPPEDISANO <br><br> *Plaintiff(s)* <br> v. <br> CETERA FINANCIAL GROUP, INC.; FIRST ALLIED HOLDINGS, INC.; LEGEND GROUP HOLDINGS, LLC.; LINCOLN INVESTMENT CAPITAL HOLDINGS, LLC.; ADAM ANTONIADES, and EDWARD FORST, JR. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 19-cv-80215-KAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EDWARD FORST, JR.
CRD#: 708024
LINCOLN INVESTMENT
601 OFFICE CENTER DRIVE, SUITE 300
FORT WASHINGTON, PA  19034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason S. Haselkorn, Esq.
Matthew N. Thibaut, Esq.
HASELKORN & THIBAUT, P.A.
359 South County Road, Suite 101
Palm Beach, Florida 33480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 13, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier Arellano*

Deputy Clerk
U.S. District Courts