UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-80215-WM

James Cecchini and
Albert Oppedisano,

        Plaintiffs,

v.

Cetera Financial Group, Inc., and
First Allied Holdings, Inc.,

        Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 244], filed on October 26, 2020. The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, effective immediately, and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of October, 2020.

                                            WILLIAM MATTHEWMAN
                                            United States Magistrate Judge